UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILIAN CALCANO-KING,

                                    Plaintiff,

            -v-

GARY MICHAEL GOULETTE, *et al.*,

                                    Defendants.

21-CV-8059 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

        This case was removed from New York Supreme Court, Bronx County, on October 1,

2021.  Counsel for the plaintiff is directed to file an appearance with this Court no later than

December 2, 2021.

        Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by

November 30, 2021.

        SO ORDERED.

Dated:  November 22, 2021
        New York, New York

                                            _____
                                                    J. PAUL OETKEN
                                            United States District Judge