# LAW OFFICES
# MICHAEL A. CERVINI

33-12 86th Street  
Jackson Heights, New York 11372  
(718) 779-8910  
Fax: 718-205-5830

www.cervinilaw.com  
mac@cervinilaw.com

112 Madison Avenue  
New York, NY 10016  
(646) 236-6000

April 12, 2023

**VIA ECF**  
The Honorable Jennifer L. Rochon  
U.S. District Court, S.D.N.Y  
500 Pearl Street, Room 1920  
New York, NY 10007

Re: Calcano-King v. Goulette et al.,  
Case Docket No.: 21-CV-8059-JPO

Dear Judge Rochon:

I represent the plaintiff in the above action.

I would like to subpoena my client's workers' compensation file to the Records Management office of the Court.

I called the NYS Workers' Compensation Board and was advised that they will only respond to a subpoena that is signed by Your Honor.

I attach one herein for Your Honor's review.

Respectfully submitted,

Michael A. Cervini  
cervini07@yahoo.com

cc: **via ECF:** Jessica Klotz, Esq.

---

Request **DENIED**. As the Court stated when denying a similar request by Defendants, *see* ECF No. 34, an attorney authorized to practice in the court is permitted to issue a subpoena, Fed. R. Civ. Proc. 45(a)(3), and such a subpoena "is a mandate of the court sufficient to require compliance," *Palau v. TMC Transp. Inc.*, No. 20-cv-3242 (JPC), 2021 U.S. Dist. LEXIS 4878, at *2 (S.D.N.Y. Jan. 9, 2021) (internal citation omitted). Therefore, because an order is not required for a subpoena, Plaintiff's request is denied. Should the recipient fail to comply with a properly issued subpoena, Plaintiff may move to compel under Fed. R. Civ. Pro. 37(a) and request an order to show cause why the recipient should not be held in contempt. *See* Fed. R. Civ. P. 45(g). If a motion to compel is successful, "the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both" may be ordered "to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." Fed. R. Civ. Proc. 37(a)(5).

Dated: April 13, 2023  
       New York, New York

SO ORDERED.

Jennifer Rochon  
**JENNIFER L. ROCHON**  
**United States District Judge**