UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LILIAN CALCANO-KING,

                                         Plaintiff,

                    -against-

GARY MICHAEL GOULETTE and FEDEX
CUSTOM CRITICAL, INC.
                                  Defendants.
------------------------------------------------------------------------X

Civ: 21-cv-8059 (JLR)

~~PROPOSED~~ **ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Civil Case Management Plan and Scheduling Order dated February 8, 2023 and filed March 1, 2023 as Document #42 is hereby amended as follows:

8.b.   Defendants' expert disclosure regarding Dr. Baer shall be made no later than **June 1, 2023**. Defendants' expert witness disclosure regarding Dr. Luchs' review of the MRI of plaintiff's left shoulder taken on April 6, 2022 at Stand Up MRI of Manhattan shall be made no later than ~~four business days after receipt of the authorization for Stand Up MRI of Manhattan from plaintiff's counsel~~. **June 6, 2023**. Additionally, Plaintiff shall, by **May 31, 2023**, provide the authorization for Stand Up MRI of Manhattan needed to complete this disclosure.

Nothing in this Order extends any other due date, deadline or appearance.

Dated: May   25   , 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge