**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP
Counsellors at Law

June 9, 2023

<u>Via ECF</u>
The Honorable Jennifer L. Rochon
U.S. District Court, S.D.N.Y
500 Pearl Street, Room 1920
New York, NY 10007

Re:   Calcano-King v. Goulette et al., Case Docket No.: 21-CV-8059-JLR

Dear Judge Rochon:

I represent the defendants in the above referenced matter. I write pursuant to the Southern District of New York's Electronic Case Filing Rules & Instructions, Rule 21.8. When I filed defendants' letter motion for a pre-conference to dismiss plaintiff's psychiatric, psychological and emotional injury claims on May 31, 2023 (**Doc. 62**), I mistakenly filed unredacted sensitive information in Exhibit G (**Doc. 62-7**). My office contacted the ECF Help Desk earlier today and they temporarily sealed the document and made it invisible to the public. I am now asking Your Honor to formally seal the filing. I am contemporaneously e-filing a redacted version of the mistaken filing.

Thank you for your attention to this matter.

Respectfully submitted,
/s/
Jessica Klotz, Esq.
jklotz@lewisjohs.com

cc via ECF:   Michael Cervini, Esq.

Request **GRANTED**.  The Clerk of Court is respectfully directed to keep ECF No. 62-7 **under seal** and viewable only by the parties and the Court.

Dated:  June 9, 2023
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**