UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILIAN CALCANO-KING,<br><br>                              Plaintiff,<br><br>        -against-<br><br>GARY MICHAEL GOULETTE, et al.,<br><br>                              Defendants. | 1:21-cv-08059 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As stated on the record at the June 16, 2023 discovery conference, IT IS HEREBY

ORDERED that:

- Plaintiff is directed and ordered to appear for a neuropsychological defense medical examination on **July 24, 2023 at 11:00 a.m.** with Dr. Barbara Baer;

- Defendants' expert witness disclosure of Dr. Baer is due by **August 1, 2023**;

- The deposition of Plaintiff's psychiatric expert Dr. Isaacson by defendants' counsel is to take place by **August 11, 2023**;

- The post-discovery pretrial conference is adjourned to **September 6, 2023 at 3 p.m.**; and

- Plaintiff is ordered to pay the no-show fee incurred by Plaintiff's failure to appear at the defense medical examination on May 26, 2023, subject to Defendants providing Plaintiff with a copy of Dr. Baer's no-show policy and invoice.

The Clerk of Court is respectfully directed to terminate ECF No. 64.

Dated: June 16, 2023
       New York, New York

                                                            SO ORDERED.

                                                            _____
                                                            JENNIFER L. ROCHON
                                                            United States District Judge